# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bowbeer, Hildy | USDC - District of Minnesota | 05/07/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Magistrate Judge - full time | ☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2018<br>**to**<br>12/31/2018 |

**7. Chambers or Office Address**

Warren E. Burger Federal Building and U.S. Courthouse
316 N. Robert St.
St. Paul, MN 55101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. Trustee | Trust #2 |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1997 | 3M Company Pension Plan - former employer, no control other than to specify when pension payments will start; intend to recuse from all 3M matters before Court |
| 2. 1997 | 3M Company Long Term Incentive Plan (stock options and Restricted Stock Units) - former employer; options and RSUs already granted will vest over time |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 05/07/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | New Harbinger Publishing Company - book royalties | $1,288.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Gray, Plant, Mooty, Mooty & Bennett, PA - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. AIPLA | Jan 25-27, 2018 | Palm Springs, CA | Speaker | Travel, lodging, meals |
| 2. Georgetown University | Nov 15-16, 2018 | Washington, DC | Speaker | Travel, lodging, meals |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 05/07/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bowbeer, Hildy** | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. US Bank (cash) | A | Interest | N | T | | | | | |
| 2. USAA Federal Savings Bank (cash) (X) (Y) | | | | | | | | | |
| 3. Rental Property #1, Collier County, FL | C | Rent | N | W | | | | | |
| 4. Northwestern Mutual Whole Life Insurance Policy #1 | D | Dividend | N | T | | | | | |
| 5. Northwestern Mutual Whole Life Insurance Policy #2 | C | Dividend | K | T | | | | | |
| 6. Phoenix Life (whole life policy) | B | Dividend | K | T | | | | | |
| 7. Optum Bank HSA (cash) | B | Int./Div. | K | T | | | | | |
| 8. Trust #1 (H) | | | | | | | | | |
| 9. Fidelity Individual Account (Money Market) (SPAXX) | D | Interest | O | T | | | | | |
| 10. 3M Company Stock (common) (MMM) | D | Dividend | N | T | | | | | |
| 11. TOD #1 (H) | | | | | | | | | |
| 12. Fidelity Government Money Market (SPAXX) | A | Interest | M | T | | | | | |
| 13. 3M Company VIP Excess (deferred compensation plan / no control) (cash) | | None | N | T | | | | | |
| 14. 3M Company Medical Savings Account (cash) | A | Interest | K | T | | | | | |
| 15. 3M Company Stock Options | | None | P1 | T | Sold (part) | 03/29/18 | N | G | |
| 16. | | | | | Sold (part) | 12/10/18 | O | G | |
| 17. 3M Company Stock (MMM) (X) | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Brokerage Account #1 (H) | | | | | | | | | |
| 19. Dreyfus General Money Market Fund Cl B (GMBXX) | A | Interest | J | T | | | | | |
| 20. Russell Tax-Managed US Mid & Small Cap Fund Class S (RTSSX) | | None | K | T | | | | | |
| 21. Russell Tax-Exempt High Yield Bond Fund Class S (RTHSX) | C | Dividend | L | T | | | | | |
| 22. Russell Tax-Managed International Fund Class S (RTNSX) | C | Dividend | M | T | | | | | |
| 23. Russell Tax Managed US Large Cap Fund Class S (RETSX) | C | Dividend | N | T | | | | | |
| 24. Russell Global Real Estate Securities Fund Class S (RRESX) | B | Dividend | K | T | | | | | |
| 25. Russell Tax Exempt Bond Fund Class S (RLVSX) | C | Dividend | M | T | | | | | |
| 26. Trust #2 (H) | | | | | | | | | |
| 27. RBC Prime Market Money Fund (TPMXX) | A | Interest | J | T | | | | | |
| 28. Federated Equity Kaufman Sm Cap IS (FKAIX) | A | Dividend | J | T | Buy | 01/31/18 | J | | |
| 29. Federated Strategic Val Div Fd Instl (SVAIX) | A | Dividend | J | T | Buy | 11/19/18 | J | | |
| 30. Hartford Mutual Fds Inc Midcap Fd I (HFMIX) | | None | | | Buy | 03/19/18 | J | | |
| 31. | | | | | Sold | 11/19/18 | J | | |
| 32. IShares Core S&P Mid Cap ETF (IJH) | A | Dividend | J | T | Sold (part) | 03/19/18 | J | A | |
| 33. IShares Core S&P Small Cap ETF (IJR) | A | Dividend | J | T | Sold (part) | 03/19/18 | J | A | |
| 34. IShares Core S&P 500 ETF (IVV) | A | Dividend | J | T | Buy (add'l) | 08/09/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 10/10/18 | J | A | |
| 36. Madison Fds Mid Cap Fd Cl Y (GTSGX) | A | Dividend | J | T | Buy | 11/20/18 | J | | |
| 37. MFS Growth Fund CL I (MFEIX) | A | Dividend | J | T | Sold (part) | 03/19/18 | J | A | |
| 38. MFS SER TR I Value Fund (MEIIX) | A | Dividend | J | T | Buy (add'l) | 03/19/18 | J | | |
| 39. | | | | | Sold (part) | 10/10/18 | J | A | |
| 40. | | | | | Sold (part) | 11/19/18 | J | A | |
| 41. T Rowe Price Blue Chip Growth Fd Inc (TRBCX) | | None | | | Buy | 03/19/18 | J | | |
| 42. | | | | | Sold | 10/06/18 | J | | |
| 43. Artisan Partners FDS Inc (APDKX) | A | Dividend | | | Sold | 12/13/18 | J | | |
| 44. Harding Loevner Funds Intl Eq Port I (HLMIX) | A | Dividend | J | T | Buy | 03/19/18 | J | | |
| 45. Oakmark Intl Fd Adv Cl (OAYIX) | | None | J | T | Buy | 12/13/18 | J | | |
| 46. Brandes Emerging Markets Value Fund (BEMIX) | A | Dividend | | | Sold | 03/19/18 | J | A | |
| 47. Brandes INVT TR INTC Small Cap (BISMX) | A | Dividend | | | Sold | 03/19/18 | J | | |
| 48. IShares TR Core MSCI Total INTL Stock ETF (IXUS) | A | Dividend | | | Sold (part) | 03/19/18 | J | A | |
| 49. | | | | | Sold (part) | 07/06/18 | J | A | |
| 50. | | | | | Sold | 12/12/18 | J | | |
| 51. Ivy Emerging Markets Equity Fund (IPOIX) | | None | | | Sold | 10/10/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. T Rowe Price Intl Funds Inc Emerging Mkts Stock Fd (PRMSX) | | None | | | Buy | 03/19/18 | J | | |
| 53. | | | | | Sold | 10/10/18 | J | | |
| 54. Oppenheimer Dev Mkts Fds Cl Y (ODVYX) | A | Dividend | J | T | Buy | 10/10/18 | J | | |
| 55. Vanguard FTSE Dev Mkts ETF (VEA) | A | Dividend | J | T | Buy | 12/12/18 | J | | |
| 56. AB Bd Fd Income Fd Advisor (ACGYX) | A | Dividend | J | T | Buy | 08/09/18 | J | | |
| 57. AB Global Bond Fund (ANAYX) | A | Dividend | J | T | | | | | |
| 58. JPMorgan Tr I Global Bd Opp I (GBOSX) | A | Dividend | J | T | Buy | 07/06/18 | J | | |
| 59. Dodge & Cox Income Fund (DODIX) | | None | | | Sold | 03/19/18 | J | | |
| 60. Ivy Apollo Strategic Income Fund (IIPOX) | A | Dividend | J | T | | | | | |
| 61. Lord Abbett Bd Deb Fd Inc F (LBDFX) | A | Dividend | J | T | Buy | 03/19/18 | J | | |
| 62. Lord Abbett Short Dur Inc Fd F (LDLFX) | A | Dividend | J | T | Buy | 03/19/18 | J | | |
| 63. Natixis Fds Loomis Sayles Sr Fltg Rate & Fxd Inc Y (LSIIX) | A | Dividend | | | Buy | 06/05/18 | J | | |
| 64. | | | | | Sold | 08/09/18 | J | | |
| 65. Loomis Sayles Investment Grade Bd Fd Y (LSIIX) | A | Dividend | J | T | Buy | 06/05/18 | J | | |
| 66. Loomis Sayles Strategic Income Fund (NEZYX) | A | Dividend | | | Sold | 06/05/18 | J | | |
| 67. Putnam Fds Tr Short Dur Inc Fd Y (PSDYX) | A | Dividend | J | T | Buy | 03/19/18 | J | | |
| 68. Templeton Income TR Global Total Return Fund (TTRZX) | A | Dividend | | | Sold | 07/06/18 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| | A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | MFS Ser Tr XIII Global Real Estate Fd I (MGLIX) | A | Dividend | J | T | Buy | 03/19/18 | J | | |
| 70. | | | | | | Buy (add'l) | 07/06/18 | J | | |
| 71. | Diamond Hill FDS Small Cap (DHMIX) | | None | | | Sold | 01/31/18 | J | A | |
| 72. | IRA #1 (H) | | | | | | | | | |
| 73. | Northwestern Mutual General Money Market Fund Class B | A | Interest | K | T | | | | | |
| 74. | Invesco Balanced-Risk Commodity Strategy Fund Class Y (BRCYX) | A | Dividend | K | T | | | | | |
| 75. | American Century Diversified Bond Investor Class (ADFIX) | A | Dividend | | | Sold | 07/16/18 | L | | |
| 76. | Dodge & Cox Income Fund (DODIX) | B | Dividend | L | T | | | | | |
| 77. | Europacific Growth Fund Class F-2 (AEPFX) | D | Dividend | L | T | | | | | |
| 78. | Fidelity Advisor Mid Cap Fund Class I (FIIMX) | C | Dividend | K | T | | | | | |
| 79. | Fidelity Advisor New Insights Fund Class I (FINSX) | E | Dividend | M | T | Sold (part) | 07/16/18 | J | C | |
| 80. | Goldman Sachs Intl Sm Cap Insights Fd Cl I (GICIX) | A | Dividend | K | T | Buy | 07/16/18 | K | | |
| 81. | The Oakmark International Fund Class I (OAKIX) | C | Dividend | L | T | | | | | |
| 82. | The Oakmark International Small Cap Fund (OAKEX) | | None | | | Sold | 07/16/18 | K | A | |
| 83. | John Hancock Disciplined Value Mid Cap Fund Class 1 (JVMIX) | C | Dividend | K | T | | | | | |
| 84. | MFS Value Fund Class 1 (MEIIX) | C | Dividend | M | T | | | | | |
| 85. | New World Fund - Class F2 (NFFFX) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bowbeer, Hildy** | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.    Northern Small Cap Value Fund (NOSGX) | C | Dividend | K | T | | | | | |
| 87.    PIMCO Income Fund Class P (PONPX) | B | Dividend | K | T | | | | | |
| 88.    T Rowe Price Emerging Markets Stock Fund (PRMSX) | A | Dividend | K | T | | | | | |
| 89.    T Rowe Price Real Estate Fund (TRREX) | C | Dividend | K | T | | | | | |
| 90.    TIAA-CREF Bond Fund Adv Class (TIBHX) | A | Dividend | L | T | Buy | 07/16/18 | L | | |
| 91.    IRA #2 (H) | | | | | | | | | |
| 92.    RBC Cash and Federated Money Market Fund | A | Interest | M | T | | | | | |
| 93.    Federated Equity FDS Kaufman Sm Cap Fd Cl I (FKAIX) | C | Dividend | K | T | Buy | 01/31/18 | L | | |
| 94. | | | | | Sold (part) | 03/19/18 | J | A | |
| 95. | | | | | Sold (part) | 06/05/18 | J | A | |
| 96. | | | | | Sold (part) | 07/06/18 | J | A | |
| 97. | | | | | Buy (add'l) | 10/25/18 | J | | |
| 98. | | | | | Sold (part) | 11/19/18 | J | A | |
| 99.    Federated Strategic Value Div Fd I (SVAIX) | D | Dividend | L | T | Buy | 11/19/18 | M | | |
| 100.   Hartford Mut Fds Inc Midcap Fd I (HFMIX) | | None | | | Buy | 03/19/18 | L | | |
| 101. | | | | | Sold (part) | 06/05/18 | J | A | |
| 102. | | | | | Buy (add'l) | 10/10/18 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 10/25/18 | J | | |
| 104. | | | | | Sold | 11/19/18 | L | | |
| 105.  Ishares Core S&P Mid Cap ETF (IJH) | A | Dividend | K | T | Sold (part) | 03/19/18 | L | D | |
| 106. | | | | | Sold (part) | 06/05/18 | J | A | |
| 107. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 108. | | | | | Buy (add'l) | 10/25/18 | J | | |
| 109.  IShares Core S&P Small Cap ETF (IJR) | A | Dividend | K | T | Buy (add'l) | 01/31/18 | J | | |
| 110. | | | | | Sold (part) | 03/19/18 | L | D | |
| 111. | | | | | Sold (part) | 06/05/18 | J | A | |
| 112. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 113. | | | | | Buy (add'l) | 10/25/18 | J | | |
| 114.  Ishares Core S&P 500 Index ETF (IVV) | C | Dividend | L | T | Sold (part) | 01/31/18 | J | B | |
| 115. | | | | | Buy (add'l) | 03/19/18 | J | | |
| 116. | | | | | Sold (part) | 06/05/18 | J | A | |
| 117. | | | | | Sold (part) | 07/06/18 | J | A | |
| 118. | | | | | Buy (add'l) | 08/09/18 | L | | |
| 119. | | | | | Sold (part) | 10/10/18 | L | E | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 10/25/18 | K | D | |
| 121. | | | | | Sold (part) | 11/19/18 | K | D | |
| 122. Madison Fds Mid Cap Fd Cl Y (GTSGX) | C | Dividend | K | T | Buy | 11/19/18 | L | | |
| 123. MFS Growth Mutual Fund (MFEIX) | B | Dividend | K | T | Sold (part) | 01/31/18 | J | A | |
| 124. | | | | | Sold (part) | 03/19/18 | L | E | |
| 125. | | | | | Sold (part) | 08/09/18 | J | A | |
| 126. | | | | | Buy (add'l) | 10/10/18 | K | | |
| 127. | | | | | Buy (add'l) | 10/25/18 | J | | |
| 128. | | | | | Sold (part) | 11/19/18 | K | C | |
| 129. MFS SER TR I Value Fund Cl I (MEIIX) | C | Dividend | L | T | Buy (add'l) | 03/19/18 | L | | |
| 130. | | | | | Buy (add'l) | 06/05/18 | J | | |
| 131. | | | | | Sold (part) | 08/09/18 | J | A | |
| 132. | | | | | Sold (part) | 10/10/18 | K | D | |
| 133. | | | | | Buy (add'l) | 10/25/18 | J | | |
| 134. | | | | | Sold (part) | 11/19/18 | L | C | |
| 135. T Rowe Price Blue Chip Growth Fund (TRBCX) | | None | | | Buy | 03/19/18 | L | | |
| 136. | | | | | Sold (part) | 06/05/18 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Sold<br>(part) | 08/09/18 | J | | |
| 138. | | | | | Buy<br>(add'l) | 10/25/18 | J | | |
| 139. | | | | | Sold | 12/06/18 | L | | |
| 140. Artisan Partners FDS Inc INTL Value FD ADV SH (APDKX) | C | Dividend | | | Buy<br>(add'l) | 03/19/18 | K | | |
| 141. | | | | | Buy<br>(add'l) | 06/05/18 | J | | |
| 142. | | | | | Buy | 07/06/18 | J | | |
| 143. | | | | | Buy<br>(add'l) | 10/10/18 | J | | |
| 144. | | | | | Buy<br>(add'l) | 10/25/18 | J | | |
| 145. | | | | | Sold<br>(part) | 11/19/18 | J | A | |
| 146. | | | | | Sold | 12/13/18 | L | | |
| 147. Harding Loevner Fds Intl Eq Port I (HLMIX) | B | Dividend | L | T | Buy | 03/19/18 | L | | |
| 148. | | | | | Buy<br>(add'l) | 07/06/18 | J | | |
| 149. | | | | | Sold<br>(part) | 08/09/18 | J | A | |
| 150. | | | | | Buy<br>(add'l) | 10/10/18 | J | | |
| 151. | | | | | Sold<br>(part) | 11/19/18 | J | | |
| 152. Brandes Emerging Markets Mutual Fund (BEMIX) | A | Dividend | | | Sold<br>(part) | 01/31/18 | J | A | |
| 153. | | | | | Sold | 03/19/18 | K | D | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. Brandes INVT TR INTL Small Cap Equity FD CL I (BSMIX) | B | Dividend | | | Buy (add'l) | 01/31/18 | J | | |
| 155. | | | | | Sold | 03/19/18 | L | | |
| 156. IShares Core MSCI Total Int'l Stock ETF (IXUS) | C | Dividend | | | Sold (part) | 01/31/18 | J | C | |
| 157. | | | | | Sold (part) | 03/19/18 | M | E | |
| 158. | | | | | Sold (part) | 07/06/18 | K | C | |
| 159. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 160. | | | | | Sold (part) | 10/25/18 | K | A | |
| 161. | | | | | Sold | 12/12/18 | M | | |
| 162. Ivy Emerging Markets Equity Fund (IPOIX) | | None | | | Buy (add'l) | 06/05/18 | J | | |
| 163. | | | | | Buy (add'l) | 07/06/18 | J | | |
| 164. | | | | | Sold | 10/10/18 | K | | |
| 165. T Rowe Price Intl Fds Inc Emerging Mkts Stock Fd (PRMSX) | | None | | | Buy | 03/19/18 | K | | |
| 166. | | | | | Buy (add'l) | 06/05/18 | J | | |
| 167. | | | | | Buy (add'l) | 07/06/18 | J | | |
| 168. | | | | | Sold | 10/10/18 | K | | |
| 169. Oakmark Intl Fd Adv Cl (OAYIX) | | None | L | T | Buy | 12/13/18 | L | | |
| 170. Oppenheimer Dev Mkts Fds Cl Y (ODVYX) | A | Dividend | L | T | Buy | 10/10/18 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. | | | | | Sold<br>(part) | 11/19/18 | J | A | |
| 172.  Vanguard FTSE Dev Mkts ETF (VEA) | B | Dividend | M | T | Buy | 12/12/18 | M | | |
| 173.  AB Bond Fund Inc Income Fd Adv<br>(ACGYX) | A | Dividend | L | T | Buy | 08/09/18 | L | | |
| 174. | | | | | Sold<br>(part) | 10/25/18 | J | | |
| 175. | | | | | Buy<br>(add'l) | 11/19/18 | J | | |
| 176.  AB Global Bond Fund (ANAYX) | C | Dividend | L | T | Buy<br>(add'l) | 01/31/18 | J | | |
| 177. | | | | | Sold<br>(part) | 03/19/18 | K | | |
| 178. | | | | | Sold<br>(part) | 06/05/18 | K | | |
| 179. | | | | | Buy<br>(add'l) | 08/09/18 | J | | |
| 180. | | | | | Sold<br>(part) | 10/25/18 | J | | |
| 181. | | | | | Buy<br>(add'l) | 11/19/18 | J | | |
| 182.  JPMorgan Tr I Gbl Bd Opp Fd I (GBOSX) | C | Dividend | L | T | Buy | 07/06/18 | L | | |
| 183. | | | | | Sold<br>(part) | 08/09/18 | K | A | |
| 184. | | | | | Sold<br>(part) | 10/25/18 | J | | |
| 185. | | | | | Buy<br>(add'l) | 11/19/18 | J | | |
| 186.  Dodge and Cox Income Fund (DODIX) | | None | | | Buy<br>(add'l) | 01/31/18 | J | | |
| 187. | | | | | Sold | 03/19/18 | M | | |

| | | | | |
|---|---|---|---|---|
| 1  Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2  Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3  Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Ivy Apollo Strategic Income Fund CL I (IIPOX) | C | Dividend | L | T | Buy (add'l) | 01/31/18 | J | | |
| 189. | | | | | Sold (part) | 06/05/18 | K | | |
| 190. | | | | | Sold (part) | 10/10/18 | J | | |
| 191. | | | | | Sold (part) | 10/25/18 | J | | |
| 192. | | | | | Buy (add'l) | 11/19/18 | J | | |
| 193. Lord Abbett Bd Deb Fd Inc F (LBDFX) | C | Dividend | L | T | Buy | 03/19/18 | L | | |
| 194. | | | | | Sold (part) | 06/05/18 | K | | |
| 195. | | | | | Buy (add'l) | 08/09/18 | J | | |
| 196. | | | | | Sold (part) | 10/25/18 | J | | |
| 197. | | | | | Buy (add'l) | 11/19/18 | J | | |
| 198. Lord Abbett Short Dur Inc Fd F (LDLFX) | B | Dividend | L | T | Buy | 03/19/18 | L | | |
| 199. | | | | | Sold (part) | 06/05/18 | K | | |
| 200. | | | | | Buy (add'l) | 08/09/18 | J | | |
| 201. | | | | | Sold (part) | 10/10/18 | J | | |
| 202. | | | | | Sold (part) | 10/25/18 | J | | |
| 203. | | | | | Buy (add'l) | 11/19/18 | J | | |
| 204. Natixis Fds Loomis Sayles Sr Fltg Rate Y (LSFYX) | B | Dividend | | | Buy | 06/05/18 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. | | | | | Sold | 08/09/18 | M | | |
| 206. Loomis Sayles Strategic Income Fund Class Y (NEZYX) | B | Dividend | | | Buy (add'l) | 01/31/18 | J | | |
| 207. | | | | | Sold (part) | 03/19/18 | K | B | |
| 208. | | | | | Sold | 06/05/18 | L | C | |
| 209. Loomis Sayles Investment Grade Bd Fd Y (LSIIX) | B | Dividend | L | T | Buy | 06/05/18 | L | | |
| 210. | | | | | Sold (part) | 10/10/18 | J | | |
| 211. | | | | | Sold (part) | 10/25/18 | J | | |
| 212. | | | | | Buy (add'l) | 11/19/18 | J | | |
| 213. Putnam Fds Tr Short Dur Inc Fd Y (PSDYX) | B | Dividend | L | T | Buy | 03/19/18 | L | | |
| 214. | | | | | Sold (part) | 06/05/18 | K | | |
| 215. | | | | | Buy (add'l) | 08/09/18 | J | | |
| 216. | | | | | Sold (part) | 10/10/18 | J | | |
| 217. | | | | | Sold (part) | 10/25/18 | J | | |
| 218. | | | | | Buy (add'l) | 11/19/18 | J | | |
| 219. Templeton Income Global Total Return Mutual Fund (TGTRX) | B | Dividend | | | Buy (add'l) | 01/31/18 | J | | |
| 220. | | | | | Sold (part) | 03/19/18 | K | | |
| 221. | | | | | Buy (add'l) | 06/05/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bowbeer, Hildy** | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. | | | | | Sold | 07/06/18 | L | | |
| 223. MFS SER Tr XIII Global Real Estate Fd I (MGLIX) | C | Dividend | L | T | Buy | 03/19/18 | L | | |
| 224. | | | | | Sold (part) | 06/05/18 | J | A | |
| 225. | | | | | Buy (add'l) | 07/06/18 | K | | |
| 226. | | | | | Buy (add'l) | 08/09/18 | J | | |
| 227. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 228. | | | | | Sold (part) | 10/25/18 | J | A | |
| 229. Diamond Hill FDS Small Cap FD CL I (DHMIX) | | None | | | Sold | 01/31/18 | L | C | |
| 230. Brokerage Account #2 (H) | | | | | | | | | |
| 231. RBC Money Market Bank Deposit Program | A | Interest | M | T | | | | | |
| 232. Franklin Temp ETF Tr LibQ US Sm Cap Eq (FLQS) | | None | K | T | Buy | 12/20/18 | K | | |
| 233. Federated Equity Fds Kaufman Sm Cap Fd IS (FKAIX) | B | Dividend | | | Buy | 01/31/18 | K | | |
| 234. | | | | | Sold (part) | 03/19/18 | J | A | |
| 235. | | | | | Sold (part) | 06/05/18 | J | A | |
| 236. | | | | | Sold (part) | 11/19/18 | J | A | |
| 237. | | | | | Sold | 12/20/18 | K | | |
| 238. Federated Strategic Val Div Fd Inst (SVAIX) | C | Dividend | | | Buy | 11/19/18 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bowbeer, Hildy** | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. | | | | | Sold | 12/20/18 | L | | |
| 240. Hartford Mut Fds Inc Midcap Fd I (HFMIX) | | None | | | Buy | 03/19/18 | K | | |
| 241. | | | | | Sold (part) | 06/05/18 | J | A | |
| 242. | | | | | Sold | 11/19/18 | K | | |
| 243. Ishares Core S&P Mid Cap ETF (IJH) | A | Dividend | | | Sold (part) | 03/19/18 | K | D | |
| 244. | | | | | Sold (part) | 06/05/18 | J | A | |
| 245. | | | | | Buy (add'l) | 12/10/18 | K | | |
| 246. | | | | | Sold | 12/24/18 | L | | |
| 247. IShares Core S&P Small Cap ETF (IJR) | A | Dividend | | | Buy (add'l) | 01/31/18 | J | | |
| 248. | | | | | Sold (part) | 03/19/18 | K | C | |
| 249. | | | | | Sold (part) | 06/05/18 | J | A | |
| 250. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 251. | | | | | Sold | 12/20/18 | K | | |
| 252. Ishares Core S&P 500 Index ETF (IVV) | B | Dividend | | | Sold (part) | 01/31/18 | J | | |
| 253. | | | | | Buy (add'l) | 03/19/18 | J | | |
| 254. | | | | | Sold (part) | 06/05/18 | J | A | |
| 255. | | | | | Buy (add'l) | 08/09/18 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold (part) | 10/10/18 | K | D | |
| 257. | | | | | Sold (part) | 10/25/18 | J | C | |
| 258. | | | | | Sold (part) | 11/19/18 | J | C | |
| 259. | | | | | Sold | 12/24/18 | L | B | |
| 260. Ishares S&P 500 Value ETF (IVE) | A | Dividend | | | Buy | 12/12/18 | L | | |
| 261. | | | | | Sold | 12/24/18 | K | | |
| 262. Ishares Core Hi Div ETF (HDV) | | None | K | T | Buy | 12/24/18 | K | | |
| 263. Ishares Tr Ishares Core Div Growth ETF (DGRO) | | None | L | T | Buy | 12/24/18 | L | | |
| 264. Madison Fds Mid Cap Fd Cl Y (GTSGX) | | None | | | Buy | 11/19/18 | K | | |
| 265. | | | | | Sold | 12/10/18 | K | | |
| 266. MFS Growth Mutual Fund (MFEIX) | B | Dividend | K | T | Sold (part) | 03/19/18 | K | D | |
| 267. | | | | | Buy (add'l) | 04/12/18 | J | | |
| 268. | | | | | Sold (part) | 06/05/18 | J | A | |
| 269. MFS SER TR I Value Fund Cl I (MEIIX) | B | Dividend | | | Buy (add'l) | 03/19/18 | K | | |
| 270. | | | | | Buy (add'l) | 04/12/18 | J | | |
| 271. | | | | | Sold (part) | 08/09/18 | J | A | |
| 272. | | | | | Sold (part) | 10/10/18 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Buy (add'l) | 10/16/18 | J | | |
| 274. | | | | | Sold (part) | 10/25/18 | J | A | |
| 275. | | | | | Sold (part) | 11/19/18 | K | C | |
| 276. | | | | | Sold | 12/12/18 | L | | |
| 277. Vanguard Index Fds Vang Hi Div Yld ETF (VYM) | A | Dividend | L | T | Buy | 12/20/18 | L | | |
| 278. Ishares Tr Ishares Core MSCI Intl Dev Mkts ETF (IDEV) | | None | L | T | Buy | 12/24/18 | L | | |
| 279. T Rowe Price Blue Chip Growth Fd Inc (TRBCX) | | None | | | Buy | 03/19/18 | K | | |
| 280. | | | | | Buy (add'l) | 04/12/18 | J | | |
| 281. | | | | | Sold (part) | 06/05/18 | J | A | |
| 282. | | | | | Sold | 12/06/18 | K | | |
| 283. Oakmark Internatl Fd Adv Cl (OAYIX) | | None | L | T | Buy | 12/13/18 | L | | |
| 284. Oppenheimer Dev Mkts Fds Cl Y (ODVYX) | A | Dividend | K | T | Buy | 10/10/18 | K | | |
| 285. | | | | | Sold (part) | 10/16/18 | J | A | |
| 286. | | | | | Sold (part) | 11/19/18 | J | A | |
| 287. Vanguard FTSE Dev Mkts ETF (VEA) | A | Dividend | | | Buy | 10/16/18 | M | | |
| 288. | | | | | Sold (part) | 10/25/18 | J | | |
| 289. | | | | | Sold | 11/19/18 | M | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bowbeer, Hildy** | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 290. | | | | | Buy | 12/12/18 | L | | |
| 291. | | | | | Sold | 12/24/18 | L | | |
| 292. Artisan Partners FDS Inc INTL Value FD ADV SH (APDKX) | C | Dividend | | | Buy (add'l) | 03/19/18 | K | | |
| 293. | | | | | Buy (add'l) | 07/06/18 | J | | |
| 294. | | | | | Buy (add'l) | 10/11/18 | J | | |
| 295. | | | | | Sold | 10/16/18 | L | B | |
| 296. | | | | | Buy | 11/19/18 | L | | |
| 297. | | | | | Sold | 12/13/18 | L | | |
| 298. Harding Loevner Fds Inc Intl Eq Port I (HLMIX) | | None | | | Buy | 03/19/18 | L | | |
| 299. | | | | | Buy (add'l) | 07/06/18 | J | | |
| 300. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 301. | | | | | Sold | 10/16/18 | L | | |
| 302. | | | | | Buy | 11/19/18 | L | | |
| 303. | | | | | Sold | 12/12/18 | L | | |
| 304. Brandes Emerging Markets Mutual Fund (BEMIX) | A | Dividend | | | Sold | 03/19/18 | K | D | |
| 305. Brandes INVT TR INTL Small Cap Equity FD CL I (BSMIX) | B | Dividend | | | Buy (add'l) | 01/31/18 | J | | |
| 306. | | | | | Sold | 03/19/18 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Ishares Core MSCI Total Int'l Stock ETF (IXUS) | B | Dividend | | | Sold (part) | 01/31/18 | J | | |
| 308. | | | | | Sold (part) | 03/19/18 | L | D | |
| 309. | | | | | Sold (part) | 04/12/18 | J | A | |
| 310. | | | | | Buy (add'l) | 06/05/18 | J | | |
| 311. | | | | | Sold (part) | 07/06/18 | K | B | |
| 312. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 313. | | | | | Sold | 10/16/18 | L | | |
| 314. Ivy Emerging Markets Equity Fund (IPOIX) | | None | | | Buy (add'l) | 06/05/18 | J | | |
| 315. | | | | | Buy (add'l) | 07/06/18 | J | | |
| 316. | | | | | Sold | 10/10/18 | K | | |
| 317. T Rowe Price Intl Fds Inc Emerging Mkts Stock Fd (PRMSX) | | None | | | Buy | 03/19/18 | K | | |
| 318. | | | | | Buy (add'l) | 07/06/18 | J | | |
| 319. | | | | | Sold | 10/10/18 | K | | |
| 320. AB Global Bond Fund (ANAYX) | B | Dividend | L | T | Buy (add'l) | 01/31/18 | J | | |
| 321. | | | | | Sold (part) | 06/05/18 | J | | |
| 322. | | | | | Sold (part) | 10/16/18 | J | | |
| 323. | | | | | Sold (part) | 10/25/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 324. JPMorgan Tr Gbl Bd Opps Fd Cl 1 (GBOSX) | B | Dividend | L | T | Buy | 07/06/18 | L | | |
| 325. | | | | | Buy (add'l) | 11/19/18 | J | | |
| 326. Natixis FDS Loomis Sayles Sr Fltg Rate (LSFYX) | A | Dividend | | | Buy | 06/05/18 | L | | |
| 327. | | | | | Sold | 08/09/18 | L | | |
| 328. Templeton Global Bd Fd Advisor (TGBAX) | A | Dividend | | | Buy | 03/19/18 | L | | |
| 329. | | | | | Sold | 04/12/18 | J | A | |
| 330. | | | | | Sold (part) | 06/05/18 | J | | |
| 331. | | | | | Sold | 07/06/18 | L | | |
| 332. AB High Income Municipal Portfolio CL Advisor (ABTYX) | B | Dividend | L | T | Buy | 04/12/18 | L | | |
| 333. | | | | | Sold (part) | 06/05/18 | J | A | |
| 334. | | | | | Sold (part) | 10/25/18 | J | | |
| 335. | | | | | Buy (add'l) | 11/19/18 | J | | |
| 336. Dodge & Cox Income Mutual Fund (DODIX) | | None | | | Buy (add'l) | 01/31/18 | J | | |
| 337. | | | | | Sold | 03/19/18 | M | | |
| 338. Ivy Apollo Strategic Income Fund CL I (IIPOX) | A | Dividend | | | Buy (add'l) | 01/31/18 | J | | |
| 339. | | | | | Sold | 03/19/18 | L | | |
| 340. Loomis Sayles Strategic Income Fund Class Y (NEZYX) | A | Dividend | | | Buy (add'l) | 01/31/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bowbeer, Hildy** | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Sold | 03/19/18 | L | C | |
| 342. Templeton Income Global Total Return Mutual Fund (TTRZX) | A | Dividend | | | Buy (add'l) | 01/31/18 | J | | |
| 343. | | | | | Sold | 03/19/18 | L | D | |
| 344. IShares Tr iBonds Dec 2023 Term Muni Bd ETF (IBML) | A | Dividend | L | T | Buy | 03/19/18 | L | | |
| 345. | | | | | Sold (part) | 10/16/18 | J | | |
| 346. | | | | | Sold (part) | 10/25/18 | J | | |
| 347. IShares Tr National Muni Bond ETF (MUB) | B | Dividend | L | T | Buy | 03/19/18 | L | | |
| 348. | | | | | Sold (part) | 06/05/18 | J | A | |
| 349. | | | | | Sold (part) | 10/16/18 | J | | |
| 350. | | | | | Sold (part) | 10/25/18 | J | | |
| 351. Vanguard Muni Bond Fund HY Tax Exempt Admiral (VWALX) | B | Dividend | L | T | Buy | 03/19/18 | L | | |
| 352. | | | | | Sold (part) | 06/05/18 | J | A | |
| 353. | | | | | Buy (add'l) | 08/09/18 | K | | |
| 354. | | | | | Sold (part) | 10/17/18 | J | | |
| 355. | | | | | Sold (part) | 10/25/18 | J | | |
| 356. MFS Ser Tr XIII Global Real Estate Fd I (MGLIX) | B | Dividend | K | T | Buy | 03/19/18 | K | | |
| 357. | | | | | Buy (add'l) | 07/06/18 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 358. | | | | | Sold<br>(part) | 10/25/18 | J | A | |
| 359. Diamond Hill FDS Small Cap FD CL I (DHMIX) | | None | | | Sold | 01/31/18 | K | B | |
| 360. IRA #3 (H) | | | | | | | | | |
| 361. Northwestern Mutual General Money Market Fund CL B | A | Interest | J | T | | | | | |
| 362. American Century Diversified Bond Investor Class (ADFIX) | A | Dividend | | | Sold | 07/16/18 | K | | |
| 363. Deutsche Enhanced Commodity Strategy Fund (SKIRX) | B | Dividend | J | T | | | | | |
| 364. Dodge & Cox Income Fund (DODIX) | A | Dividend | K | T | | | | | |
| 365. Europacific Growth Fund Class F-2 (AEPFX) | B | Dividend | K | T | | | | | |
| 366. Fidelity Advisor Mid Cap II Fund Class I (FIIMX) | A | Dividend | J | T | | | | | |
| 367. Fidelity Advisors New Insights Fund Class I (FINSX) | D | Dividend | K | T | Sold<br>(part) | 07/16/18 | J | B | |
| 368. Goldman Sachs Intl Sm Cap Insights Fd Cl I (GICIX) | A | Dividend | J | T | Buy | 07/16/18 | J | | |
| 369. The Oakmark International Fund Investor Class (OAKIX) | B | Dividend | K | T | | | | | |
| 370. The Oakmark International Small-Cap Fund Investor Class (OAKEX) | | None | | | Sold | 07/16/18 | J | B | |
| 371. Hartford World Bond Fund Class I (HWDIX) | A | Dividend | J | T | | | | | |
| 372. John Hancock Disciplined Value Mid Cap Fund Class I (JVMIX) | B | Dividend | J | T | | | | | |
| 373. MFS Value Fund Class I (MEIIX) | A | Dividend | K | T | | | | | |
| 374. New World Fund Class F-2 (NFFFX) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 375. Northern Small Cap Value Fund (NOSGX) | A | Dividend | J | T | | | | | |
| 376. Pimco Income Fund Class P (PONPX) | B | Dividend | K | T | | | | | |
| 377. T Rowe Price Real Estate (TRREX) | A | Dividend | J | T | | | | | |
| 378. TIAA-CREF Bond Fund Advisor Class (TIBHX) | A | Dividend | K | T | Buy | 07/16/18 | K | | |
| 379. Trust #3 (H) | | | | | | | | | |
| 380. Northwestern Mutual General Money Market Fund CL B (Y) | | | | | | | | | |
| 381. Macquarie Infrastructure Corp SHS (MIC) | C | Dividend | K | T | | | | | |
| 382. Trust #4 (H) | | | | | | | | | |
| 383. Northwestern Mutual General Money Market Fund CL B | A | Interest | J | T | | | | | |
| 384. Deutsche Enhanced Commodity Strategy Fund (SKIRX) | C | Dividend | K | T | | | | | |
| 385. Dodge & Cox International Fund (DODFX) | | None | L | T | Buy (add'l) | 06/15/18 | J | | |
| 386. Europacific Growth Fund Class F-2 (AEPFX) | C | Dividend | L | T | | | | | |
| 387. Fidelity Advisor Mid Cap II Fund Class I (FIIMX) | B | Dividend | K | T | | | | | |
| 388. Fidelity Advisor New Insights Fund Class I (FINSX) | D | Dividend | M | T | | | | | |
| 389. Fidelity Advisor Internediate Muni Income Fund Class I (FZIIX) | C | Dividend | M | T | Buy (add'l) | 06/15/18 | J | | |
| 390. Franklin Federal Intermediate-Term Tax-Free Income Fund (FITZX) | C | Dividend | M | T | Buy (add'l) | 06/15/18 | J | | |
| 391. John Hancock Disciplined Value Mid Cap Fund Class I (JVMIX) | C | Dividend | K | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. MFS Value Fund Class I (MEIIX) | C | Dividend | M | T | Buy (add'l) | 06/15/18 | J | | |
| 393. New World Fund Class F-2 (NFFFX) | A | Dividend | K | T | | | | | |
| 394. Northern Small Cap Value Fund (NOSGX) | B | Dividend | K | T | | | | | |
| 395. T Rowe Price Emerging Markets Stock (PRMSX) | A | Dividend | K | T | | | | | |
| 396. T Rowe Price Real Estate (TRREX) | B | Dividend | K | T | Buy (add'l) | 06/15/18 | J | | |
| 397. Gray Plant Mooty Retirement Savings Trust (H) | | | | | | | | | |
| 398. Dodge & Cox Stock (DODGX) | | None | M | T | | | | | |
| 399. T Rowe Price Growth Stock (PRGFX) | | None | N | T | | | | | |
| 400. Vanguard Institutional Index I (VINIX) | | None | M | T | | | | | |
| 401. American Century Small Cap Value I (ACVIX) | | None | N | T | | | | | |
| 402. Fidelity Small Cap Growth (FCPGX) | | None | N | T | | | | | |
| 403. Vanguard Mid Cap Index Institutional (VMCIX) | | None | N | T | | | | | |
| 404. Morgan Stanley Inst International E (MSIQX) | | None | M | T | | | | | |
| 405. T Rowe Price International Discove (PRIDX) | | None | M | T | | | | | |
| 406. American Funds American Balanced R5 (RLBFX) | | None | M | T | | | | | |
| 407. T Rowe Price Short Term Bond (PRWBX) | | None | M | T | | | | | |
| 408. Vanguard Total Bond Market Index I (VBMFX) | | None | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bowbeer, Hildy** | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409.  Retirement Account #2 (H) | | | | | | | | | |
| 410.  Schwab Bank Cash Sweep | A | Interest | L | T | | | | | |
| 411.  US Bancorp (USB) | | None | | | Sold | 04/26/18 | K | | |
| 412.  Entergy Corp (ETR) | | None | | | Sold | 04/26/18 | J | | |
| 413.  Piper Jaffray (PJC) | | None | | | Sold | 04/26/18 | J | | |
| 414.  Misc Holdings (H) | | | | | | | | | |
| 415.  Gray Plant Mooty Mooty and Bennett PA | B | Dividend | L | T | | | | | |
| 416.  Rallyvest, LLC | B | Interest | L | T | | | | | |
| 417.  Rallyvest III, LLC (X) | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bowbeer, Hildy** | 05/07/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 87, 363, 380, 383, and 416: Name or ticker changes only; no change of holdings or reportable transactions.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| **Bowbeer, Hildy** | 05/07/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Hildy Bowbeer**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544